U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**

APR – 9 2018

AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Rochelle Maretta-Brooks )
Rosenthal )
Tommy ) **Plaintiff(s)**
Peterson )
)
vs. )
)
)
)
Kate Rosenthal, Al ect. ) **Defendant(s)**

Civil Case No.:

**BIVENS ACTION**

5:18-CV-426(DNH/DEP)

(03/21/2018)
Arrested by Police by order
of Kate Rosenthal

Plaintiff(s) demand(s) a trial by: ☒ JURY    COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

**PARTIES**

2. a. Plaintiff: Rochelle Maretta-Brooks

Address: In care of /RFD
231 Lilac lt
Syracuse, NY 13208

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: N/A

Official Position: _____

Address: _____

b.    Defendant: _____Michael C. Hanuszczak_____

Official Position: _____JUDGE_____

Address: _____401 MONTGOMERY ST_____

_____Syracuse, NY_____

_____13202_____

c.    Defendant: _____Kate Rosenthal_____

Official Position: _____JUDGE_____

Address: _____505 S. STATE ST_____

_____Syracuse, NY_____

_____13202_____

Additional Defendants may be added on a separate sheet of paper.

4.                                      **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note:  **You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

Kate Rosenthal - Treason, Fraud, Forgery, harassment, theft, conspiracy, hate crime

Unknown Police officer - perjury, Fraud, False arrest, Erroneous Arrest & Treason.
(Syracuse Police Dept)

Michael C. Hanuszczak - perjury, fraud, forgery, Treason, Kidnapping, Hate crimes.

Julie Cecile - forgery, Fraud, perjury, Treason, failure to act, obstruction.

Joseph Murphy - Forgery, fraud, perjury, Treason, Kidnapping, Hate crimes.

James C. Tormey - Syracuse Police Unknown Failure to act, obstruction, Forgery, Treason ect.

Martha Walsh-Hood - Failure to act, Treason, obstruction, Fraud, Forgery.

2

5.  **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

Title 18 USC § 241-242
Deprivation of rights, under color
of law in conspiracy

**SECOND CAUSE OF ACTION**

Title 42 USC § 14141 official
misconduct

**THIRD CAUSE OF ACTION**

Title 18 USC § 1514A Civil action
against fraud cases

Title 18 USC. § 1506 Theft or alteration
of the record or process
fals bail

Equitable Tolling                                 ?

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

The arrest of All who had a part in the unlawful cases against me & my false arrest and the unlawful seizing & Kidnapping of my two daughters and the second arrest of my on 03/21/1

and relief of $1,000,000.00 for my erroneous arrest, $10,000,000.00 dollars for retaliation &
$100,000,000,000.00    I declare under penalty of perjury that the foregoing is true and correct.
dollars for if
I am murdered. DATED: 04/9/2018

Without prejudice. UCC 1-207,1-308,3-402

aggrieved, Rochelle Maretta-Brooks
          Signature of Plaintiff(s)
          (all Plaintiffs must sign)

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

APR - 9 2018

AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

*aggrieved; Rachelle Maretta-Brooks* **Plaintiff(s)** )          Civil Case No.: 5:18-CV-426 (DNH DEP

vs. )          **CIVIL COMPLAINT**
)          **PURSUANT TO**
)          **TITLE VII OF THE**
*Michael L. Hanuszczak, subject.* **Defendant(s)** )          **CIVIL RIGHTS ACT,**
)          **AS AMENDED**

Plaintiff(s) demand(s) a trial by:  X  JURY  ____  COURT  (Select **only** one).

## JURISDICTION

1.   Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2.   Plaintiff: *aggrieved; Rachelle Maretta-Brooks*

     Address: *231 Lilac St*

     *Syracuse, NY*

     *(((() - ()))*

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: *Michael Hanuszczak*

     Official Position: *Family Court Judge*

     Address: *401 Montgomery St*

     *Syracuse NY*

     *13202*

b.    Defendant: _Arlene Bradshaw_

Official Position: _Lawyer_

Address: _109 S. warren st_

_Syracuse, NY_

_13202_

4.    This action is brought pursuant to:

_____ Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C.
§ 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination
based on race, color, religion, sex or national origin.

_____ Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as
amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for
employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A)    X    My race or color.
(B)    _____    My religion.
(C)    X    My sex (or sexual harassment).
(D)    X    My national origin.
(E)    _____    My pregnancy.
(F)    X    Other: _Disability & education_

7.    The conduct complained of in this action involves:

(A)    _____    Failure to employ.
(B)    _____    Termination of employment.
(C)    _____    Failure to promote.
(D)    _____    Unequal terms and conditions of employment.
(E)    _____    Reduction in wages.
(F)    X    Retaliation.
(G)    X    Other acts as specified below:
_harassment, false imprisonment,_
_defamation, kidnapping & child neglect,_
_abuse & endangerment and_
_terrorist threats, treasonous acts, forgery,_
_Corruption & fraud._

8.                              **FACTS**

Set forth the facts of your case which substantiate your claims.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.  (You may use additional sheets as necessary).**

A.) Michael Hanuszczak - violated my civil human & Due process rights.

B.) Arlene Bradshaw - violated my civil, human & Due process rights

C.) Lisa Blitman - violated my civil human & Due process rights

D.) Kate Rosenthal - violated my human civil & Due process rights & Disability Rights

E.) Louis Detter - violated my - civil, human & Due process rights.

9.                         **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Title 18 USC § 241-242 Deprivation of rights under color of law in conspiracy &

## SECOND CAUSE OF ACTION

Title 42 USC § 14141 official
misconduct.

_____

_____

_____

## THIRD CAUSE OF ACTION

EQUITABLE TOLLING
interference with obtaining
justice Timely.

_____

_____

10.  I filed charges with the New York State Division on Human Rights, the New York City
     Commission on Human Rights or Equal Employment Opportunity Commission regarding
     the alleged discriminatory acts on or about:

                              N/A
                        (Provide Date)

11.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
     (**copy attached**) which was received by me on or about:

                              N/A
                        (Provide Date)

12.  The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).  N/a

13.  The defendant(s) is (are) an employer, employment agency, or labor organization within
     the meaning of 42 U.S.C. § 2000e(b), (c), or (d).  N/a

14.  The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C.
     § 2000e(g).   N/A

15.    **PRAYER FOR RELIEF**

   **WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

Reversal, Dismissal & Discharge of all charges against
with prejudice, my daughters - F B & H B returned
$ 100,000,00 dollars for these cruel & unusual hardships
$ 10,000,00 for the retaliation that occured &
$ 100,000,000,000,00 dollars if I am assassinated.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/6/2018

                    Richele Minetos Trust

RMB    Without prejudice. UCC1-207, 308, 103, 3-402

aggrieved Richele Maretta~ Brooks
                    Signature of Plaintiff(s)
                    (all Plaintiffs must sign)

02/2010

Brian R. Hall
Notary Public-State of New York
Qualified in Onondaga County
No. 04HA6193913
My Comm. Exp. Sept. 22, 2020

U.S. DISTRICT COURT - N.D. OF N.Y.

# FILED

APR - 9 2018

AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Assigned;

Rochelle Maretta-Brooks Alject    )
                   **Plaintiff(s)**      )
                                         )
                                         )
Julie Cecile            **vs.**          )
Kate Rosenthal                           )
Michael Hanuszczak                       )
                       **Defendant(s)**  )
Ross Andrews, Michele Pirro-Bailey Aject.

Civil Case No.: 5:18-CV-426(DNH/DEP)

**COMPLAINT PURSUANT**
**TO THE AMERICANS**
**WITH DISABILITIES ACT**

Plaintiff(s) demand(s) a trial by: ___X JURY    ___ COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.    This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

## PARTIES

2. a.    Plaintiff: Rochelle Maretta-Brooks

    Address: IN CARE OF ( RVFD
             231 Lilac St.
             Syracuse, NY
             0SSSS-SSSS

b. Plaintiff: NA

   Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant:      Michael L. Hanuszczak

           Official Position:     Judge

           Address:      401 Montgomery St

                         Syracuse, NY

                         13202

      b.    Defendant:      Kate Rosenthal

           Official Position:     Judge

           Address:      505 S. State St

                         Syracuse, NY

                         13202

Additional Defendants may be added on a separate sheet of paper.

4.    My disability is as follows:

           Asthma, Recovering from brain

           cancer surgery, walking

           limitations, ~~High Blood~~ (Pressure)

           ect,

2

5.  The conduct complained of in this action involves:
    (Check all that apply)

    (A)    _____  Failure to employ.

    (B)    _____  Termination of employment.

    (C)    _____  Denial of participation in public service or program.

    (D)    ✗  Failure to make alterations to accommodate disability.

    (E)    ✗  Retaliation.

    (G)    ✗  Other acts as specified below:
                to provide phone conferences,
                provide me with an
                appropriate advocate to properly
                interpret my case and assist
                with my case issues.

6.                      **FACTS**

    On the following page, set forth the facts of your case which substantiate your claim of
discrimination.  List the events in the order they happened, naming defendants involved, dates and
places.

        **Note:** Each fact should be stated in a separate paragraph; paragraphs should be
                numbered sequentially.

        You must include allegations of wrongful conduct as to EACH and EVERY
        defendant in your complaint.

        You may use additional sheets as necessary.

Michael L. Hanuszczak - corruption, treason, corruption, kidnapping, harrassment & forgery.

Kat Rosenthal - corruption, treason, corruption, kidnapping, harrassment & forgery.

Ross Andrews - corruption, treason, corruption, kidnapping, harrassment & forgery.

Martha Walsh-Hood - Failure to act, corruption, kidnapping, fraud & forgery.

Talie Cecile - Failure to act, violation of my 1st, 4th Amendment rights, treason, forgery & conspiracy.

Michele Pirro-Bailey - Failure to act, violation of my 1st, 4th & God-given rights & treason

James C. Tormey - Failure to act, violation of my 1st, 4th & God-given rights & treason

7-A

7.     **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

The Arrest of All parties involved with the Kidnapping of my two daughters & I and my unlawful Arrest on 03-21-18 and forced servitude to comply with a 730 examination on 4/03/2018 & relief of $17,000,000.00 dollars, $19,000,000.00 for retaliation & $100,000,000.00 dollars for my penalty if I am murdered by these officials.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 04/03/2018

Rochelle Moretta Brooks

UCC 1-207, 308, 103, 3-402, without prejudice.

Rochelle Moretta-Brooks
Signature of Plaintiff(s)
(all Plaintiffs must sign)

RMB

State of New York
County of Onondaga

On the __3__ day of __April__ in the year __2018__, before me, undersigned, a notary public in and for said State, personally appeared __Rochelle Brooks__ personally known to me or provided to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she they executed the same in his/her their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s) or the person on behalf of which the individual(s) or the person on behalf of which the individual(s) acted, executed the instrument.

Janette C Ranieri
Notary Public, State of New York
Qualified in Onondaga County
No: 01RA6057620
Commission Expires 04/23/2019

U.S. DISTRICT COURT - N.D. OF N.Y.
# F I L E D
APR - 9 2018
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

Aggrieved; Rachelle Maretta-Brooks **Plaintiff(s)**

vs.

Michael L. Hanuszczak, al; ect, **Defendant(s)**

Civil Case No.: 5:18-CV-426 (DNH/DEP)

)
)
)
)
)
)
)

**CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by:  X  JURY    COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Aggrieved; Rachelle Maretta-Brooks

   Address: 231 Lilac Street

   Syracuse, NY

   13210 wo

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: Michael L. Hanuszczak

   Official Position: Family Court Judge

   Address: 401 Montgomery St

   Syracuse, NY

   13202

*i*

b.  Defendant:  _Arlene Bradshaw_

Official Position:  _Lawyer_

Address:  _109 S. warren st_

_Syracuse, NY_

_13202_

c.  Defendant:  _Lisa Blitman_

Official Position:  _Lawyer_

Address:  _101 Bradford pkwy_

_Syracuse, NY_

_13224_

Additional Defendants may be added on a separate sheet of paper.

4.                                  **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

A.) Michael L. Hanuszczak - violated my 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th & 14th Amendment rights; As well as my disability, human, parental & childrens rights.

3.) Kate Rosenthal- violated my 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th & 14th Amendment rights; as well as human, disability, God-given-supreme rights.

.) Julie Cecile,- violated my 1st, 4th, 13th & 14th Amendment rights; as well as my civil, human, God-given-supreme Rights.

.) Michele Pirro-Bailey- violated my 1st, 4th, 13th & 14th Amendment rights; as well as my civil, human, God-given-supreme Rights.

.) Lisa Blitman- violated my 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th & 14th Amendment rights; as well as my civil, human & God-given-supreme rights.

.) Arlene Bradshaw- violated my 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th & 14th Amendment rights; as well as my civil, human, disability & God-given-supreme rights.

3.) Louis Dettor- violated my 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, 14th Amendment rights; as well as my civil, human, God-given-supreme rights. 2

5. **CAUSES OF ACTION**  -

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Title 18. U.S.C. § 241-242
Deprivation of Rights in Conspiracy
& under color of Law

### SECOND CAUSE OF ACTION

Title 42 U.S.C. §§ 14141
Official Misconduct

### THIRD CAUSE OF ACTION

prima facie CPL § 70.10 [2] Facts/truth in
criminal proceedings

Equitable Tolling

5

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief: For the arrest of

~~there~~ ~~That~~ these court officials who unlawfully Kidnapped

my two daughters since 07-25-2017, I request a full

investigation, ~~a~~ public & written apology, Relief of

$17,000,000.00 dollars for these cruel & unusual hardships

& $10,000,000.00 for retaliation & $100,000,000.00 dollar IF I'm Killed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/9/2018

*Rochelle-Maretta Brooks*
Without prejudice. UCC1-207, 308, 103, 3-402

aggrieved *Rochelle Maretta-Brooks*
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR - 9 2018
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

_Aggrieved) Rochelle Maretta-Brooks_    **Plaintiff(s)**          )          Civil Case No.: 5:18-CV-426 (DNH/DEP)
                                                                  )
                    **vs.**                                       )          **COMPLAINT PURSUANT**
                                                                  )          **TO THE AMERICANS**
_Michael C. Hanuszczak, Kak Rosenthal_                            )          **WITH DISABILITIES ACT**
_et, ect_                                    **Defendant(s)**     )

Plaintiff(s) demand(s) a trial by: ☒ JURY _____ COURT    (Select _only_ one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1.  This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

### PARTIES

2. a.  Plaintiff: _Aggrieved) Rochelle Maretta-Brooks /In care of/RFD_

    Address: _231 Lilac St_

    _Syracuse, NY_

    _0 CWC—alli_

   b.  Plaintiff: _N/A_

    Address: _____

    _____

    _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: _Michael L. Hanuczak_

Official Position: _JUDGE_

Address: _401 MonTgomery St_

_Syracuse, NY_

_17202_

b.    Defendant: _Kate Rosenthal_

Official Position: _JUDGE_

Address: _505 S. State st_

_Syracuse, NY_

_17202_

Additional Defendants may be added on a separate sheet of paper.

4.    My disability is as follows:

_Lung cancer, Brain Cancer surgery_

_recovery, asthma, migraines_

_walking limitations ect._

5.  The conduct complained of in this action involves:
    (Check all that apply)

    (A)  ____  Failure to employ.

    (B)  ____  Termination of employment.

    (C)  X  Denial of participation in public service or program.

    (D)  ____  Failure to make alterations to accommodate disability.

    (E)  X  Retaliation.

    (G)  X  Other acts as specified below:
         Discrimination on my
         disibilities.

6.                  **FACTS**

    On the following page, set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

    Note: Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

    You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

    You may use additional sheets as necessary.

1) Kate Rosenthal — Fraud, Kidnapping, Treason
2) Michael Chawzczak — Fraud, Kidnapping, Treason
3) Robert Burr — Fraud, Kidnapping, Treason
4) William Fitzpatrick — Fraud, Kidnapping, Treason
5) Steph. Murphy — Fraud, Kidnapping, Treason
6) Arlene Bradshaw — Fraud, Kidnapping, Treason
7) William Balduf — Fraud, Kidnapping, Treason
8) Kevin Haywrd — Fraud, Kidnapping, Treason
9) Dorothea Hansen — Fraud, Kidnapping, Treason

7.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

For oversight, arrest and removal of all corrupt public servants, these cases reopened, my children FB & HB returned immediately and preventative measures put in place, that includes onsight & ongoing official contact. $17,000,000 dollars, & 10 passive dollars for retaliation & $ (unreadable) dollars, if I'm assassinated.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/9/18

Without prejudice UCC 1-207, 308, 103, 3-402.

Ricchelle Marette - Banks

Signature of Plaintiff(s)
(all Plaintiffs must sign)